UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2009 MAY 20 PM 4: 12

US DISTRICT COURT
MIDDLE DISTRICT OF FL

UNITED STATES OF AMERICA

v.

PATRICK CONNOLLY

CASE NO.   6:09-cr-47-Orl-35GJK
18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 875(c)
18 U.S.C. § 875(d)
18 U.S.C. § 1030(a)(5)(A)(i), (a)(5)(B)(i), & (b)
18 U.S.C. § 2253 - Forfeiture
18 U.S.C. § 982(a)(2) - Forfeiture
18 U.S.C. § 981(a)(1)(C) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on a date no later than in or about June 2004 and continuing to on or about March 16, 2005, in Orange County, in the Middle District of Florida, and elsewhere,

**PATRICK CONNOLLY**

the defendant herein, did knowingly and willfully employ, use, persuade, induce, entice, and coerce, and did knowingly and willfully attempt to employ, use, persuade, induce, entice, and coerce, a minor with the initials of D.C. to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which the defendant knew and had reason to know would be transported in interstate and foreign commerce and which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) & (e).

## COUNT TWO

Beginning on a date no later than in or about June 2005 and continuing to in or about July 2005, in Brevard County, in the Middle District of Florida, and elsewhere,

**PATRICK CONNOLLY**

the defendant herein, did knowingly and willfully employ, use, persuade, induce, entice, and coerce, and did knowingly and willfully attempt to employ, use, persuade, induce, entice, and coerce, a minor with the initials of K.S. to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which the defendant knew and had reason to know would be transported in interstate and foreign commerce and which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) & (e).

## COUNT THREE

Beginning on a date no later than in or about June 2005 and continuing to in or about July 2005, in Brevard County, in the Middle District of Florida, and elsewhere,

**PATRICK CONNOLLY**

the defendant herein, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is, the defendant threatened to harm the sister of a minor with the initials of K.S. if the minor with the initials of K.S. did not send photographs of herself to the defendant.

All in violation of Title 18, United States Code, Section 875(c).

**COUNT FOUR**

Beginning on a date no later than in or about August 2005 and continuing to on or about October 24, 2005, in Brevard County, in the Middle District of Florida, and elsewhere,

**PATRICK CONNOLLY**

the defendant herein, did knowingly and willfully attempt to employ, use, persuade, induce, entice, and coerce a minor with the initials of K.C. to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which the defendant knew and had reason to know would be transported in interstate and foreign commerce and which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) & (e).

**COUNT FIVE**

Beginning on a date no later than in or about August 2005 and continuing to on or about October 24, 2005, Brevard County, in the Middle District of Florida, and elsewhere,

**PATRICK CONNOLLY**

the defendant herein, with intent to extort from a person money and a thing of value, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the reputation of the addressee and of another, that is, the defendant threatened a minor with the initials of K.C. that the defendant would

distribute photographs of that minor to people who knew her if the minor with the initials of K.C. did not send photographs of herself to the defendant.

All in violation of Title 18, United States Code, Section 875(d).

## COUNT SIX

In or about October 2005, in Brevard County, in the Middle District of Florida, and elsewhere,

## PATRICK CONNOLLY

the defendant herein, did knowingly and willfully attempt to employ, use, persuade, induce, entice, and coerce, a minor with the initials of C.B. to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which the defendant knew and had reason to know would be transported in interstate and foreign commerce and which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) & (e).

## COUNT SEVEN

In or about October 2005, in Brevard County, in the Middle District of Florida, and elsewhere,

## PATRICK CONNOLLY

the defendant herein, with intent to extort from a person money and a thing of value, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the reputation of the addressee and of another, that is, the defendant threatened a minor with the initials of C.B. that the defendant would

distribute photographs of that minor to people who knew her if the minor with the initials of C.B. did not send a photograph of herself to the defendant.

All in violation of Title 18, United States Code, Section 875(d).

## COUNT EIGHT

Beginning on a date no later than on or about September 28, 2006 and continuing to on or about October 15, 2006, in Brevard County, in the Middle District of Florida, and elsewhere,

### PATRICK CONNOLLY

the defendant herein, did knowingly and willfully attempt to employ, use, persuade, induce, entice, and coerce a minor with the initials of L.A. to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which the defendant knew and had reason to know would be transported in interstate and foreign commerce and which would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) & (e).

## COUNT NINE

On or about October 15, 2006, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### PATRICK CONNOLLY

the defendant herein, knowingly caused, and knowingly attempted to cause, the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer

that was used in interstate and foreign commerce and communication, and by such conduct and the defendant's related course of conduct caused loss aggregating at least $5,000 in value to more than one person during a one-year period affecting more than one protected computer that was used in interstate and foreign commerce and communication.

All In violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i), (a)(5)(B)(i), (b) & (c)(4)(A).

## COUNT TEN

On or about February 22, 2007, in Brevard County, in the Middle District of Florida, and elsewhere,

## PATRICK CONNOLLY

the defendant herein, with intent to extort from a person money and a thing of value, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the reputation of the addressee and of another, that is, the defendant threatened a minor with the initials of K.B. that the defendant would distribute photographs of that minor to people who knew her if the minor with the initials of K.B. did not send a photograph of herself to the defendant.

All in violation of Title 18, United States Code, Section 875(d).

## COUNT ELEVEN

Beginning on date no later than on or about January 17, 2009 and continuing to on or about January 20, 2009, in Orange County, in the Middle District of Florida, and elsewhere,

## PATRICK CONNOLLY

the defendant herein, with intent to extort from a person money and a thing of value, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the reputation of the addressee and of another, that is, the defendant threatened to post nude photographs of a victim with the initials of D.C. to the Internet if victim with the initials of D.C. did not send photographs of herself to the defendant.

All in violation of Title 18, United States Code, Section 875(d).

## COUNT TWELVE

Beginning on date no later than on or about January 19, 2009 and continuing to on or about January 22, 2009, in Orange County, in the Middle District of Florida, and elsewhere,

## PATRICK CONNOLLY

the defendant herein, with intent to extort from a person money and a thing of value, did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the reputation of the addressee and of another, that is, the defendant threatened to post nude images of a victim with the initials of A.S. to the Internet if victim with the initials of A.S. did not send photographs of herself to the defendant.

All in violation of Title 18, United States Code, Section 875(d).

## **FORFEITURES**

1.  The allegations contained in Counts One, Two, Four, Six, and Eight of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.  From his engagement in violations alleged in Counts One, Two, Four, Six, and Eight of this Superseding Indictment, the defendant, **PATRICK CONNOLLY**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

    (a)  Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Sections 2251 through 2258;

    (b)  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    (c)  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3.  The allegations contained in Counts Three, Five, Seven, Ten, Eleven, and Twelve of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

4.  From his engagement in the violations alleged in Counts Three, Five, Seven, Ten, Eleven, and Twelve of this Superseding Indictment, punishable by imprisonment for more than one year, the defendant

**PATRICK CONNOLLY**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations.

5.  The allegations contained in Count Nine of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982(a)(2).

6.  The defendant, **PATRICK CONNOLLY** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), any and all right, title, and interest he may have in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i), (a)(5)(B)(i), and (b).

7.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third person;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

By: _____
I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No. Case No: 6:09-cr-47-Orl-35GJK

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

PATRICK CONNOLLY

## SUPERSEDING INDICTMENT

Violations:

18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 875(c)
18 U.S.C. § 875(d)
18 U.S.C. § 1030(a)(5)(A)(i), (a)(5)(B)(i), & (b)

A true bill,

_____
Foreperson

Filed in open court this 20th day of May, A.D. 2009.

_____
Clerk

Bail $ _____

GPO 863 525