UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:09-cr-47-Orl-35GJK
**Superseding Indictment**

PATRICK CONNOLLY

## GOVERNMENT'S NOTICE OF ESTIMATED LENGTH OF TRIAL

The United States of America, by A. BRIAN ALBRITTON, United States Attorney for the Middle District of Florida, hereby advises the Court that should this case go to trial, it is estimated that the length will be five days.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:  *s/ Roger B. Handberg*
Roger B. Handberg
Assistant United States Attorney
Florida Bar No. 0241570
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:  Roger.Handberg@usdoj.gov