UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 6:09-cr-47-Orl-35GJK

PATRICK CONNOLLY

**JOINT STATUS REPORT**

As directed by the Court's July 16, 2009 Order, the following is the Joint Status Report as to this case:

1. **A brief summary of the status of the case, including the number of remaining defendants (including fugitives):**

On May 20, 2009, the defendant was charged in a twelve (12) count Superseding Indictment. The defendant has been arraigned. The defendant is the sole defendant charged in the Superseding Indictment. The United States has provided the defendant with access to voluminous discovery. The defendant has requested that the United States provide copies of some of that discovery, which is being done.

2. **The possibility, if known, of a plea agreement as to each defendant:**

It is not expected that this case will be resolved by a guilty plea.

3. **The number of days for trial each side requires:**

The United States estimates that it will need seven (7) days for presentation of its case-in-chief. The defendant estimates that he will need three (3) days for presentation of his case.

4.  **A list of all pending motions, the dates on which they were filed, and whether they are ripe for determination:**

No motions are currently pending.

5.  **A brief explanation as to whether a potential speedy trial problem exist:**

The trial date in this case has been continued twice in response to the defendant's unopposed motions to continue. The parties are unaware of any speedy trial issues.

| | |
|---|---|
| DONNA LEE ELM | A. BRIAN ALBRITTON |
| Federal Public Defender | United States Attorney |
| | |
| *s/ Peter Warren Kenny* | *s/ Roger B. Handberg* |
| Peter Warren Kenny | Roger B. Handberg |
| Assistant Federal Public Defender | Assistant United States Attorney |
| Florida Bar No. 351105 | Florida Bar No. 0241570 |
| 201 S. Orange Avenue, Suite 300 | 501 West Church Street, Suite 300 |
| Orlando, FL 32801 | Orlando, Florida  32805 |
| Telephone: (407) 648-6338 | Telephone:   (407) 648-7500 |
| Facsimile: (407) 648-6095 | Facsimile:   (407) 648-7643 |
| E-mail: Pete_Kenny@fd.org | E-mail:  Roger.Handberg@usdoj.gov |
| Attorney for Defendant Connolly | |